```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0152--CV (RRB)
                 "VIRGINIA DUFFY V MOA ET AL"

      Including terminated parties, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 06/27/05
             Closed: NO

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (440) Other Civil Rights

             Origin: (2) Removed from State Court
             Demand:
         Filing fee: Paid $250.00 on 06/27/05 receipt # 00126028
           Trial by: Jury
```

Parties of Record:                                  Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | DUFFY, VIRGINIA | Karen E. Bretz<br>POB 91457<br>Anchorage, AK 99509<br>907-277-5847 |
| DEF 1.1 | ANCHORAGE, MUNICIPALITY OF | Mary B. Pinkel<br>Municipality Attorney's Office<br>POB 196650<br>Anchorage, AK 99519-6650<br>907-343-4545<br>FAX 907-343-4550 |
| DEF 2.1 | LEBLANC, ROY | Mary B. Pinkel<br>(see above) |
| DEF 3.1 | ESTES, JAMES | Mary B. Pinkel<br>(see above) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A05-0152--CV (RRB)
                  "VIRGINIA DUFFY V MOA ET AL"

                       For all filing dates
```

```
 Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 06/27/05
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (440) Other Civil Rights

           Origin: (2) Removed from State Court
           Demand:
       Filing fee: Paid $250.00 on 06/27/05 receipt # 00126028
         Trial by: Jury
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 06/27/05 | DEF 1-3 Notice of Removal from Superior Crt case no. 3AN-05-6204CI. |
| 2 - 1 | 06/27/05 | DEF 1-3 Notice to adverse parties of filing of notice of removal. |
| 3 - 1 | 06/27/05 | DEF 1-3 Notice of filing and designation of state court proceeding records w/att exhs. |
| 4 - 1 | 06/27/05 | DEF 1-3 Service List. |
| 5 - 1 | 06/27/05 | DEF 1-3 Attorney Appearance of Mary B. Pinkel. |
| 6 - 1 | 06/28/05 | RRB Minute Order to Petitioners Subsequent to Removal. Petitioners to file w/i 10 days copies of state court docs & svc list. cc: cnsl |
| 7 - 1 | 06/29/05 | DEF 1-3 Answer to Second Amended Complaint. |
| 8 - 1 | 06/29/05 | DEF 1-3 Jury Demand. |
| 9 - 1 | 06/30/05 | RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |
| 10 - 1 | 07/05/05 | DEF 1-3 Notice to crt in response to MO from chambers of 6/28/05 re: ord subsequent to removal. |
| 11 - 1 | 07/05/05 | DEF 1-3 Corrected Service List. |
| 12 - 1 | 07/26/05 | PLF 1; DEF 1-3 Schedulig and Planning Conference Report. |
| 13 - 1 | 08/02/05 | RRB Scheduling and Planning Order setting pretrial deadlines: Original discovery 07/28/06; Dispositive motions deadline 09/01/06; Estimate of trial 5 days. cc: cnsl |
| 14 - 1 | 09/12/05 | DEF 1-3 Preliminary Witness List. |