Karen E. Bretz
Attorney at Law
P.O. Box 91457
Anchorage, AK  99509
Phone:  (907) 277-5847
Fax:  (907) 277-5848

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VIRGINIA DUFFY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MUNICIPALITY OF ANCHORAGE, | ) |
| ROY LEBLANC, individually and in | ) |
| his capacity as a police officer for the | ) |
| Municipality of Anchorage, and | ) |
| JAMES ESTES, individually and in his | ) |
| capacity as a police office for the | ) |
| Municipality of Anchorage, | ) |
| | ) |
| Defendants. | ) |
| | )  Case No. A05-0152 CV (TMB) |

**MOTION ON SHORTENED TIME FOR AN ENLARGEMENT
OF TIME TO FILE PRETRIAL MOTIONS**

COMES NOW plaintiff VIRGINIA DUFFY, through counsel, and moves this Court for an enlargement of time to file her pretrial motions.  This motion is filed on shortened time.

In its August 2, 2005 Scheduling and Planning Order, the Court ordered that all discovery motions, dispositive motions, and motions in limine must be filed by

September 1, 2006.  Plaintiff requests an enlargement of time to file these motions because her counsel will be moving for leave of the Court to withdraw from this case, pursuant to local Civil Rule 83.1(f).  The motion shall be filed next week, and counsel anticipates that it shall be filed with client consent.

For this reason, plaintiff requests an enlargement of time of 30 days to file pretrial motions.

DATED this 1st day of September, 2006.

/s/ Karen E. Bretz
Karen E. Bretz
Attorney at Law
P.O. Box 91457
Anchorage, AK  99509
Phone :  (907) 277-5847
Fax:  (907) 277-5848
email:  kbretz@alaska.net
Alaska Bar No. 9911058

Certificate of Service

I certify that on the 1st day of September, 2006 a true and correct copy of the foregoing document was served electronically on

Mary Pinkel, Assistant Municipal Attorney
Municipality of Anchorage

/s/ Karen E. Bretz
Karen E. Bretz