Karen E. Bretz
Attorney at Law
P.O. Box 91457
Anchorage, AK  99509
Phone:  (907) 277-5847
Fax:  (907) 277-5848

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VIRGINIA DUFFY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MUNICIPALITY OF ANCHORAGE, ) | |
| ROY LEBLANC, individually and in ) | |
| his capacity as a police officer for the ) | |
| Municipality of Anchorage, and ) | |
| JAMES ESTES, individually and in his ) | |
| capacity as a police office for the ) | |
| Municipality of Anchorage, ) | |
| ) | |
| Defendants. ) | |
| ) | Case No. A05-0152 CV (TMB) |

**ORDER GRANTING MOTION FOR AN ENLARGEMENT
OF TIME TO FILE PRETRIAL MOTIONS**

IT IS HEREBY ORDERED that plaintiff Virginia Duffy's motion for an

enlargement of time of 30 days to file her discovery motions, dispositive motions, and

motions in limine is GRANTED.

DATED this _____ day of _____, 2006.

                                                                                                                                   _____
                                                                                                                         Judge Timothy M. Burgess

Certificate of Service

I certify that on the 1st day of September, 2006 a true and correct copy of the foregoing document was served electronically on

Mary Pinkel, Assistant Municipal Attorney
Municipality of Anchorage

/s/ Karen E. Bretz
Karen E. Bretz