Mary B. Pinkel
Assistant Municipal Attorney
Municipality of Anchorage Department of Law
Civil Division
P.O. Box 196650
Anchorage, Alaska  99519-6650
(907) 343-4545 (phone)
(907) 343-4550 (fax)
uslit@muni.org

Attorney for Defendants Anchorage
Police Department;

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VIRGINIA DUFFY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MUNICIPALITY OF ANCHORAGE, | ) |
| SGT. ROY LEBLANC, individually and in | ) |
| His capacity as a police officer for the | ) |
| Municipality of Anchorage, and | ) |
| OFFICER JAMES ESTES, individually and in | ) |
| his capacity as a police officer for the | ) |
| Municipality of Anchorage, | ) |
| | ) |
| Defendants. | ) |
| | ) |

U.S. District Court Case No. 3:05-cv-152-TMB

### **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Comes now Defendants the Municipality of Anchorage, Sergeant Roy LeBlanc and Officer James Estes ("the Defendants"), by and through Assistant Municipal Attorney Mary B. Pinkel and hereby move for summary judgment pursuant to Alaska Rule of Civil Procedure 56 (c) on all claims the Plaintiff has asserted against the Defendants.  This motion

is supported by the attached Affidavits and Exhibits and is accompanied by an Order.

Respectfully submitted this 1st day of September, 2006.

                                                JAMES N. REEVES
                                              Municipal Attorney

                                        By: s/ Mary B. Pinkel
                                              Municipal Attorney's Office
                                              P.O. Box 196650
                                              Anchorage, Alaska 99519-6650
                                              Phone: (907) 343-4545
                                              Fax: (907) 343-4550
                                              E-mail: uslit@muni.org
                                              Alaska Bar No. 8505030

The undersigned hereby certifies that on 09/01/06 a true and correct copy of the Motion for Summary Judgment, Affidavit of Roy LeBlanc, Affidavit of James Estes and Affidavit Steve Dunn was served on:
-    Karen Bretz

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

 s/ Sheri Curro
Sheri Curro, Legal Secretary
Municipal Attorney's Office