Karen Bretz
Alaska Bar Number 9911058
P.O. Box 91457
Anchorage, AK 99509
(907) 277-5847 Voice
(907) 277-5848 Facsimile

Attorney for Virginia Duffy

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VIRGINIA DUFFY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MUNICIPALITY OF ANCHORAGE, ) | |
| ROY LEBLANC, individually and in ) | |
| his capacity as a police officer for the ) | |
| Municipality of Anchorage, and ) | |
| JAMES ESTES, individually and in his ) | |
| capacity as a police office for the ) | |
| Municipality of Anchorage, ) | |
| ) | |
| Defendants. ) | |
| ) | Case No. A05-0152 CV (RRB) |

**PLAINTIFF'S RESPONSES TO MUNICIPALITY OF ANCHORAGE'S
FIRST DISCOVERY REQUESTS TO PLAINTIFF**

COMES NOW plaintiff VIRGINIA DUFFY, through counsel, and submits her responses to the Municipality of Anchorage's First Discovery Requests.

Exhibit C Page 1

## INTERROGATORIES

**INTEROGATORY NO. 1:** Please state the name, last known address, and telephone numbers of all persons who may have knowledge of the events described in your complaint.

**ANSWER:**

1. Virginia Duffy
   c/o Karen Bretz, Attorney at Law
   P.O. Box 91457
   Anchorage, AK 99509
   277-5847

2. Karen Bretz, Esq.
   P.O. Box 91457
   Anchorage, AK 99509
   277-5847

3. Roy LeBlanc
   c/o Mary Pinkel, Assistant Municipal Attorney
   P.O. Box 196650
   Anchorage, AK 99519-6650
   343-4250

4. James Estes
   c/o Mary Pinkel, Assistant Municipal Attorney
   P.O. Box 196650
   Anchorage, AK 99519-6650
   343-4250

5. Mary Pinkel, Assistant Municipal Attorney
   P.O. Box 196650
   Anchorage, AK 99519-6650

6. Roger Rom, Esq.
   Davis & Davis, PC
   405 W. 36th Ave., Suite 200
   Anchorage, AK 99503
   561-4420

7. Greg Moyer, Ombudsman
   Municipality of Anchorage
   P.O. Box 196650
   Anchorage, AK 99519
   343-4755

8. Kristi Cada, Deputy Ombudsman
   Municipality of Anchorage
   P.O. Box 196650
   Anchorage, AK 99519
   343-4783

9. Various municipal prosecutors who handled my criminal case

10. Representative of laboratory at Alaska Regional Hospital
    2801 DeBarr Road
    Anchorage, AK 99514-3889
    264-1121

11. Representative of National Medical Services
    3701 Welsh Road, P.O. Box 433A
    Willow Grove, PA 19090-0437
    (215) 657-4900

12. Representative of Finance Department, Municipality of Anchorage
    P.O. Box 196650
    Anchorage, AK 99519-6650

13. Representative of Aurora Towing, Inc.
    2530 E. 79th Ave.
    Anchorage, AK 99507
    522-1979

**INTEROGATORY NO. 2:** Please describe in detail all injuries, ailments, or pains which you claim to have suffered as a result of the occurrence alleged in your complaint, stating the severity and duration of such injuries and the current prognosis.

**ANSWER:** Damages are still accumulating and discovery is continuing, therefore damages cannot be assessed nor calculated at this time.

3                                          Exhibit C Page 3

**INTEROGATORY NO. 3:** Please state the name and current address of all physicians or other medical care providers, including any mental health providers, psychiatrists, psychologists, social workers, marriage counselors, or counselors, who have examined or treated you for any injury, sickness, or ailment during the preceding seven years.

**ANSWER:**

1. Dr. Charles Burgess
   Dr. Burgess is a psychiatrist. He used to be associated with the Langdon Clinic. I believe that he has closed his practice, and I don't know his current address or telephone number.

2. Gwen Perr-Crawford, LCSW
   Langdon Clinic
   4001 Dale Street
   Anchorage, AK 99508
   Ms. Perr-Crawford is associated with the Langdon Clinic.

3. Dr. Sherman Beacham
   3500 LaTouche St., Suite 310
   Anchorage, AK 99508
   Dr. Beacham is my internist.

4. Dr. Judith Whitcomb
   3300 Providence Drive
   Anchorage, AK 99508
   Dr. Whitcomb is currently treating me for breast cancer.

5. Joy Zimmerman-Golden, RNC ANP
   2741 DeBarr Road
   Anchorage, AK 99508
   Ms. Zimmerman-Golden performs my yearly exams.

6. Dr. Jerome List
   3340 Providence Drive
   Anchorage, AK 99508
   Dr. List is my ear, nose, and throat doctor.

Exhibit C Page 4

7. Dr. Thomas Vasileff
   3260 Providence Drive
   Anchorage, AK 99508
   I have seen Dr. Vasileff for my knee problems.

8. Southcentral Counseling Center
   4030 Folker Drive
   Anchorage, AK 99508
   I have attended group therapy at Southcentral.

9. Katmai Oncology Group
   3260 Providence Drive, Suite 526
   Anchorage, AK 99508
   I receive cancer treatment at Katmai Oncology Group.

**INTEROGATORY NO. 4:** Please state the name, current address and phone number of all physicians or other medical care providers, including any mental health providers, psychiatrists, psychologists, social workers, marriage counselors, or counselors, who have examined or treated you for any of the injuries referred to in your Complaint, with a brief description of the complaints which led you to seek care.

**ANSWER:** None. I have not sought medical attention for any of the injuries referred to in my complaint.

**INTEROGATORY NO. 5:** Please state whether you claim to have suffered mental or emotional problems or impairment as a result of this incident and, if so, please explain and describe in detail any and all changes in personality, attitude, manners, state of mind, or emotional state you claim as a result of the occurrence alleged in your complaint, and describe all treatment received for such problems or impairment, including the names, phone numbers and addresses of all treatment providers.

**ANSWER:** Damages are still accumulating and discovery is continuing, therefore damages cannot be assessed nor calculated at this time.

**INTEROGATORY NO. 6:** If, at any time prior to, or at any time subsequent to the date of the occurrence alleged in your complaint, you sustained or suffered any medical or emotional injury, illness, or disability, other than anything described in response to the previous interrogatories, please give a detailed description of each such injury, disability, or condition, including the names and addresses of all treatment providers.

**ANSWER:** I have had weak knees all my life. I had a stroke in the mid 1970s. Thirty years ago I was declared disabled for having a schizophrenic reaction to asthma and bronchitis. In the fall of 2002 Dr. Burgess diagnosed me as having a cognitive disorder secondary to stroke. In the spring of 2005 I began seeing Dr. Vasileff for knee problems. Last October I was diagnosed with breast cancer.

**INTEROGATORY NO. 7:** If you are claiming any loss of earning capacity as a result of the alleged occurrence, please state in full detail the factual basis for your claim, including all inclusive dates between which you are unable to work as a result of the alleged occurrence, all work restrictions or disabilities, the name and address of any doctor who restricted you, and all efforts you have made to work or return to work.

**ANSWER:** None. I am not claiming any loss of earning capacity as a result of the occurrence referred to in my complaint.

**INTEROGATORY NO. 8:** Please provide complete information regarding each and every job or qualified employment every held by you preceding the occurrence

alleged in your complaint, up through and including the present, including the name of your employer, your supervisor, your job title, the duties performed, the wage received, the dates of employment, and the reason for termination.

**ANSWER:** I have not held a job or had employment for the past approximately 30 years. I have received social security income for the past 30 approximately years.

**INTEROGATORY NO. 9:** Please describe in full detail, including case caption, case number, court, jurisdiction, dates, and status of litigation, any other lawsuit, litigation or administrative claim in which you have ever been involved in either as a defendant, plaintiff, claimant or respondent.

**ANSWER:** I was involved in an administrative claim for my social security benefits. I am involved in the current civil case. I was involved in the DWI criminal case from which this case stems, which is entitled Municipality of Anchorage v. Duffy, 3AN-03-3061 CR. It was closed May 5, 2003. I was involved in two traffic cases. They are entitled State of Alaska v. Duffy, 3AN-00-U508395 and State of Alaska v. Duffy, 3AN-00-U508521. The first case is for failure to stop, and the second case is for not having a valid operator's license. Both of these cases were in 2000, and both are closed. I was involved in a small claims case entitled Duffy v. Chandler, 3AN-03-4451 SC. This case was filed on December 1, 2003 and was dismissed by the Court on January 30, 2004. I was also involved in a forcible entry and detainer case. It is entitled Tyee Apartments v. Duffy, 3AN-94-3770 CI. It was filed on April 29, 1994 and was closed August 4, 1994.

**INTEROGATORY NO. 10:** Pursuant to Civil Rule 26(b)(4) of the Federal Rules of Civil Procedure, please identify each person whom you expect to call as an

Exhibit C Page 7

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:** Please produce any and all photographs, slides, videotapes, motion pictures, or other photographic reproductions in your custody or control in regard to the incident at issue.

**RESPONSE:** I have none except for a few tapes of the courts proceedings in my criminal case. These are available through the court.

**REQUEST FOR PRODUCTION NO. 2:** Please produce copies of your W-2 forms and state and federal income tax returns, including all schedules and attachments thereto, since 1998. The intent of this request is to seek production of past and future income tax returns, up through the trial of this matter, as soon as they are available.

**RESPONSE:** I have not had any W-2 income nor filed an income tax return for approximately 30 years.

**REQUEST FOR PRODUCTION NO. 3:** Please produce a complete copy of the file of each expert you have identified n response to Interrogatory No. 10 above. This request includes, but is not limited to, all documents reviewed by the experts during their evaluation of the allegations contained in your complaint.

**RESPONSE:** No experts have been hired to date. Experts shall be hired who have expertise in assessing police procedures and calculating damages. Once experts are hired, I shall supplement this answer.

**REQUEST FOR PRODUCTION NO. 4:** Please produce any and all medical records which in any way relate to the medical condition or treatment or plaintiff including, but not limited to, any and all memoranda, notes, correspondence, reports,

9

Exhibit C Page 8

bills, statements or other writings prepared in relation to any consultation, treatment, therapy, hospitalization, medication, orthopedic devices, or other items or services by any doctor, nurse, psychiatrist, chiropractor, hospital, clinic, pharmacy or any other person, organization or agency in relation to the medical condition or treatment of plaintiff during the last seven years.

**RESPONSE:** I have none at this time. I am in the process of collecting these records.

**REQUEST FOR PRODUCTION NO. 5:** Please produce any and all documentation evidencing any and all lost wages, if any, allegedly incurred by plaintiff as a result of the accident referred to in the complaint.

**RESPONSE:** None. I am not seeking compensation for lost wages.

**REQUEST FOR PRODUCTION NO. 7:** Please produce any and all statements, signed or unsigned, oral or written, from any persons, including yourself, who witnessed or claims to have witnessed the occurrence specified in your complaint, or who was present at the scene of the occurrence at the time of, or immediately prior to, or subsequent to said occurrence, of who has or claims to have knowledge of any of the facts of the occurrence specified in your complaint.

**RESPONSE:** The only statements that I am aware of are the police reports of Officers LeBlanc and Estes. They have already been discovered. There may be statements in Greg Moyer's file.

**VERIFICATION**

STATE OF ALASKA          )
                         )ss.
THIRD JUDICIAL DISTRICT  )

    I, Virginia Duffy, being duly sworn, depose and say:
    I am the person identified above. I have read the foregoing discovery requests and the answers thereto, and understand the contents thereof; I have executed the above responses freely and voluntarily for the purpose set forth herein; and I verify that the same is true of my own knowledge.

*/s/ Virginia Duffy*
Virginia Duffy

    SUBSCRIBED AND SWORN TO before me this 24th day of January, 2006.

*/s/ Karen E. Roney*
Notary Public for Alaska
My commission expires: 9/6/08

Certificate of Service

I certify that a true and correct copy of the foregoing document was served upon the appropriate party by serving a copy thereof by first class mail ^and fax to the party listed below: 343-4550

Mary Pinkel, Assistant Municipal Attorney
Municipality of Anchorage
P.O. Box 196650
Anchorage, AK 99519-6650

on this 28th day of January, 2006.

Signed: */s/ Karen E. Roney*

11

Exhibit C Page 10