Karen E. Bretz
Attorney at Law
P.O. Box 91457
Anchorage, AK  99509
Phone:  (907) 277-5847
Fax:  (907) 277-5848

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VIRGINIA DUFFY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MUNICIPALITY OF ANCHORAGE, ) | |
| ROY LEBLANC, individually and in ) | |
| his capacity as a police officer for the ) | |
| Municipality of Anchorage, and ) | |
| JAMES ESTES, individually and in his ) | |
| capacity as a police office for the ) | |
| Municipality of Anchorage, ) | |
| ) | |
| Defendants. ) | |
| ) | Case No. A05-0152 CV (TMB) |

**MOTION FOR AN ENLARGEMENT OF TIME TO OPPOSE
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

COMES NOW plaintiff VIRGINIA DUFFY, through counsel, and moves this Court for an enlargement of time of 20 days to file her opposition to the defendants' motion for summary judgment.

Plaintiff requests an enlargement of time because the parties are negotiating a settlement of the case.

DATED this 22nd day of September, 2006.

>/s/ Karen E. Bretz
> Karen E. Bretz
> Attorney at Law
> P.O. Box 91457
> Anchorage, AK  99509
> Phone :  (907) 277-5847
> Fax:  (907) 277-5848
> email:  kbretz@alaska.net
> Alaska Bar No. 9911058

Certificate of Service

I certify that on the 22nd day of September, 2006 a true and correct copy of the foregoing document was served electronically on

Mary Pinkel, Assistant Municipal Attorney
Municipality of Anchorage

/s/ Karen E. Bretz
Karen E. Bretz