Karen E. Bretz
Attorney at Law
P.O. Box 91457
Anchorage, AK  99509
Phone:  (907) 277-5847
Fax:  (907) 277-5848

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VIRGINIA DUFFY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MUNICIPALITY OF ANCHORAGE, | ) |
| ROY LEBLANC, individually and in | ) |
| his capacity as a police officer for the | ) |
| Municipality of Anchorage, and | ) |
| JAMES ESTES, individually and in his | ) |
| capacity as a police office for the | ) |
| Municipality of Anchorage, | ) |
| | ) |
| Defendants. | ) |
| | ) Case No. A05-0152 CV (TMB) |

**ORDER GRANTING MOTION FOR AN ENLARGEMENT OF TIME
TO OPPOSE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

IT IS HEREBY ORDERED that plaintiff Virginia Duffy's motion for an enlargement of time of 20 days to file her opposition to the defendants' motion for summary judgment is GRANTED.

DATED this _____ day of September, 2006.

                                                            _____

                                                    Judge Timothy M. Burgess

Certificate of Service

I certify that on the 22nd day of September, 2006 a true and correct copy of the foregoing document was served electronically on

Mary Pinkel, Assistant Municipal Attorney
Municipality of Anchorage

/s/ Karen E. Bretz
Karen E. Bretz

2