Mary B. Pinkel
Assistant Municipal Attorney
Municipality of Anchorage Department of Law
Civil Division
P.O. Box 196650
Anchorage, Alaska  99519-6650
(907) 343-4545 (phone)
(907) 343-4550 (fax)
uslit@muni.org

Attorney for Defendants Anchorage
Police Department;

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| VIRGINIA DUFFY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MUNICIPALITY OF ANCHORAGE, | ) |
| SGT. ROY LEBLANC, individually and in | ) |
| His capacity as a police officer for the | ) |
| Municipality of Anchorage, and | ) |
| OFFICER JAMES ESTES, individually and in | ) |
| his capacity as a police officer for the | ) |
| Municipality of Anchorage, | ) |
| | ) |
| Defendants. | ) |
| | ) |

U.S. District Court Case No. 3:05-cv-152-TMB

**STIPULATION AND NOTICE OF DISMISSAL WITH PREJUDICE**
**[Federal Civil Rule 41 (a)]**

The Plaintiff, Virginia Duffy, by and through counsel, Karen E. Bretz, and the Defendants, Sergeant Roy LeBlanc, Officer James Estes and the Municipality of Anchorage (collectively referred to as "the Municipality"), by and through counsel, Mary

B. Pinkel, Assistant Municipal Attorney, hereby stipulate that all claims, counterclaims, rights and interests which have been asserted or which could have been asserted between the parties in this case shall be dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Pursuant to Federal Rule of Civil Procedure 41(a), this dismissal is effective without further order of the Court.

Respectfully submitted this 13th day of October, 2006.

    JAMES N. REEVES
    Municipal Attorney

    By: s/Mary B. Pinkel
        Assistant Municipal Attorney
        Municipal Attorney's Office
        P.O. Box 196650
        Anchorage, Alaska 99519-6650
        Phone: (907) 343-4545
        Fax: (907) 343-4550
        E-mail: uslit@muni.org
        Alaska Bar No. 8505030

Respectfully submitted this 13th day of October, 2006.

    By: s/Karen E. Bretz (consent given)
        Karen E. Bretz Attorney at Law
        Attorney for Plaintiff
        P.O. Box 91457
        Anchorage, AK 99509
        Phone: (907) 277-5847
        Fax: (907) 277-5848
        E-mail: kbretz@alaska.net
        Alaska Bar No. 9911058

Stipulation and Notice of Dismissal With Prejudice
Duffy v. Municipality of Anchorage and Officers LeBlanc and Estes
U.S. District Court Case No. 3:05-cv-152-TMB
Page 2 of 3

The undersigned hereby certifies that on <u>10/30/06</u> a true and correct copy of the Stipulation and Notice of Dismissal With Prejudice was served on:
- Karen Bretz

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

s/ Sheri Curro
Sheri Curro, Legal Secretary
Municipal Attorney's Office

Stipulation and Notice of Dismissal With Prejudice
Duffy v. Municipality of Anchorage and Officers LeBlanc and Estes
U.S. District Court Case No. 3:05-cv-152-TMB
Page 3 of 3